# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEXTER HARMON,**
**ADC # 152483**                                                                                        **PLAINTIFF**

**v.**                                        **4:16CV00325-BRW-JJV**

**LESLIE RUTLEDGE, Attorney General,**
**State of Arkansas;** *et al.*
                                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendants Reynolds, Piazza, and Arkansas Department of Correction are DISMISSED without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of July, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE