# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEXTER HARMON, ADC # 152483**                                                            **PLAINTIFF**

**VS.**                                        **4:16CV00325-BRW**

**LESLIE RUTLEDGE, Attorney General,**
**State of Arkansas;** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED WITHOUT PREJUDICE.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 30th day of August, 2016.

                                              /s/ Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE